IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| AMANDA STALLARD, *et al.* | : : : : : : : | 2:12-cv-01092-MRH |
| v. |  |  |
| FIFTH THIRD BANK, *et al.* |  |  |

**MOTION FOR THE PRO HAC VICE**
**ADMISSION OF ATTORNEY GREGG I. SHAVITZ**

Plaintiffs Amanda Stallard, Tamika Strong, Catherine Jarvis, and Lisa Miller, on behalf of themselves and others similarly situated and by and through their undersigned Attorney Peter Winebrake, respectfully move for the *pro hac vice* admission of Attorney **Gregg I. Shavitz**. Attorney Shavitz's *pro hac vice* admission should be permitted, pursuant to Local Civil Rule 83.2.B, for the reasons described below:

1. Attorney Winebrake, who serves as Attorney Shavitz's sponsor, is licensed to practice in the Commonwealth of Pennsylvania (PA Bar No. 80496) and is a member in good standing of this Court. Attorney Winebrake knows Attorney Shavitz to be an attorney of high character, competence, and integrity.

2. Attorney Shavitz maintains an office at 1515 S. Federal Highway, Suite 404, Boca Raton, FL 33432. His office telephone number is (561) 447-8888; his office fax number is (561) 447-8831; and his email address is gshavitz@shavitzlaw.com. Attorney Shavitz is a member in good standing of the bar of the state of Florida (admitted September 23, 1994). He is also a member in good standing of the bars of the following federal courts: the Southern District of Florida (admitted July 6, 1995); the Middle District of Florida (admitted June 20, 2000); the

Northern District of Florida (admitted July 13, 2001); the Eleventh Circuit Court o f Appeals (admitted September 12, 2007); and the District of Colorado (admitted January 27, 2012).

3. Attorney Shavitz has never been the subject of any disciplinary action in any jurisdiction and has never been denied admission to any court.

4. As indicated by the accompanying declaration, Attorney Shavitz is a registered user of this Court's ECF system and has read and understands this Court's Local Rules.

**WHEREFORE**, Plaintiffs respectfully request that the Court admit Attorney Gregg I. Shavitz *pro hac vice*. A proposed order is attached.

Dated: September 3, 2012                 /s/ Peter Winebrake
                                         Peter Winebrake
                                         WINEBRAKE & SANTILLO, LLC
                                         Twining Office Center, Suite 211
                                         715 Twining Road
                                         Dresher, PA 19025
                                         (215) 884-2491