IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMANDA STALLARD, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>FIFTH THIRD BANK; FIFTH THIRD FINANCIAL CORPORATION; and FIFTH THIRD BANCORP,<br><br>    Defendants. | Civil Action No. 2:12-CV-01092-MRH<br><br>Judge Mark R. Hornak |

### DEFENDANTS' MOTION FOR ADMISSION OF ANTHONY J. HALL *PRO HAC VICE*

AND NOW COMES Defendants, by their undersigned counsel, and request this Court to admit Anthony J. Hall to this Court p*ro hac vice*. Attached hereto as Exhibit 1 is the Affidavit of Anthony J. Hall in support of this request for admission, the contents of which are incorporated herein by reference. I, Shannon H. Paliotta, am admitted to practice in the United States District Court for the Western District of Pennsylvania, have an office located in Pittsburgh, Pennsylvania, and will participate in a meaningful manner in the preparation and trial of this case. A proposed Order of Court is attached hereto.

Dated: September 11, 2012

Respectfully submitted,

*/s/ Shannon H. Paliotta*
Shannon Huygens Paliotta, (PA #91000)
spaliotta@littler.com
**LITTLER MENDELSON, P.C.**
625 Liberty Avenue, 26th Floor
Pittsburgh, PA  15222
(412) 201-7631; (412) 456-2377 (fax)

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of September 2012, a copy of the foregoing document was filed using the Western District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

Peter Winebrake
pwinebrake@winebrakelaw.com
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025

    */s/ Shannon H. Paliotta*
Shannon Huygens Paliotta

Firmwide:114173324.1 057908.1015