IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| AMANDA STALLARD, *et al.* | : | |
| | : | |
| | : | 2:12-cv-01092-MRH |
| v. | : | |
| | : | |
| FIFTH THIRD BANK, *et al.* | : | |
| | : | |

**MOTION FOR THE PRO HAC VICE**
**ADMISSION OF ATTORNEY FRAN L. RUDICH**

Plaintiffs Amanda Stallard and Tamika Strong, on behalf of themselves and others similarly situated and by and through their undersigned attorney Peter Winebrake, respectfully move for the *pro hac vice* admission of Attorney **Fran L. Rudich**. Attorney Rudich's *pro hac vice* admission should be permitted, pursuant to Local Civil Rule 83.2.B, for the reasons described below:

1. Attorney Winebrake, who serves as Attorney Rudich's sponsor, is licensed to practice in the Commonwealth of Pennsylvania (PA Bar No. 80496) and is a member in good standing of this Court. Attorney Winebrake knows Attorney Rudich to be an attorney of high character, competence, and integrity.

2. Attorney Rudich maintains an office at Two International Drive, Suite 350, Rye Brook, New York 10573. Her office telephone is 914-934-9200; her office fax number is (914) 934-9220; and her email is fran@klafterolsen.com. Ms. Rudich is a member in good standing of the following courts:

New York (state) – 1987
Massachusetts (state) – 1986
Northern District of New York (federal) – 2008
Southern District of New York (federal) – 1988
Eastern District of New York (federal) – 1988
Western District of New York (federal) – 2010

1

2

> District of Massachusetts – 1987
> District of Connecticut – 2007
> Western District of Michigan (federal) – 2010

3.      Attorney Rudich has never been the subject of any disciplinary action in any

jurisdiction and has never been denied admission to any court.

4.      As indicated by the accompanying declaration, Attorney Rudich is a registered

user of this Court's ECF system and has read and understands this Court's Local Rules.

**WHEREFORE**, Plaintiffs respectfully request that the Court admit Attorney Rudich *pro*

*hac vice*.  A proposed order is attached.

Dated:  September 21, 2012                    /s/ Peter Winebrake
                                              Peter Winebrake
                                              WINEBRAKE & SANTILLO, LLC
                                              Twining Office Center, Suite 211
                                              715 Twining Road
                                              Dresher, PA 19025
                                               (215) 884-2491

2