IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| AMANDA STALLARD, *et al.*<br><br>v.<br><br>FIFTH THIRD BANK, *et al.* | :<br>:<br>:   2:12-cv-01092-MRH<br>:<br>:<br>:<br>: |

## MOTION FOR THE PRO HAC VICE
## ADMISSION OF ATTORNEY MICHAEL PALITZ

Plaintiffs Amanda Stallard and Tamika Strong, on behalf of themselves and others similarly situated and by and through their undersigned attorney Peter Winebrake, respectfully move for the *pro hac vice* admission of Attorney **Michael Palitz**. Attorney Palitz' *pro hac vice* admission should be permitted, pursuant to Local Civil Rule 83.2.B, for the reasons described below:

1. Attorney Winebrake, who serves as Attorney Palitz' sponsor, is licensed to practice in the Commonwealth of Pennsylvania (PA Bar No. 80496) and is a member in good standing of this Court. Attorney Winebrake knows Attorney Rudich to be an attorney of high character, competence, and integrity.

2. Attorney Palitz maintains an office at Two International Drive, Suite 350, Rye Brook, New York 10573. His office telephone is 914-934-9200; his office fax number is (914) 934-9220; and his email is mpalitz@klafterolsen.com. Mr. Palitz is a member in good standing of the following courts:

        New York (state) – 2010
        New Jersey (state) – 2010
        Eastern District of New York (federal) – 2010
        Southern District of New York (federal) – 2010
        District of New Jersey (federal) – 2010

1

3.	Attorney Palitz has never been the subject of any disciplinary action in any jurisdiction and has never been denied admission to any court.

4.	As indicated by the accompanying declaration, Attorney Palitz is a registered user of this Court's ECF system and has read and understands this Court's Local Rules.

**WHEREFORE**, Plaintiffs respectfully request that the Court admit Attorney Palitz *pro hac vice*. A proposed order is attached.

Dated: September 21, 2012			/s/ Peter Winebrake
						Peter Winebrake
						WINEBRAKE & SANTILLO, LLC
						Twining Office Center, Suite 211
						715 Twining Road
						Dresher, PA 19025
						 (215) 884-2491