IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMANDA STALLARD and TAMIKA STRONG, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FIFTH THIRD BANK; FIFTH THIRD FINANCIAL CORPORATION; and FIFTH THIRD BANCORP,<br><br>    Defendants. | Civil Action No. 2:12-CV-01092-MRH<br><br>Judge Mark R. Hornak |

### DEFENDANTS' MOTION FOR ADMISSION OF THERESA M. WAUGH *PRO HAC VICE*

AND NOW COMES Defendants, by their undersigned counsel, and request this Court to admit Theresa M. Waugh to this Court *pro hac vice*. Attached hereto as Exhibit 1 is the Affidavit of Theresa M. Waugh in support of this request for admission, the contents of which are incorporated herein by reference. I, Shannon H. Paliotta, am admitted to practice in the United States District Court for the Western District of Pennsylvania, have an office located in Pittsburgh, Pennsylvania, and will participate in a meaningful manner in the preparation and trial of this case. A proposed Order of Court is attached hereto.

Dated: January 14, 2013

Respectfully submitted,

*/s/ Shannon H. Paliotta*
Shannon Huygens Paliotta, (PA #91000)
spaliotta@littler.com
**LITTLER MENDELSON, P.C.**
625 Liberty Avenue, 26th Floor
Pittsburgh, PA  15222
(412) 201-7631; (412) 456-2377 (fax)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January 2013, a copy of the foregoing document was filed using the Western District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

Peter Winebrake
pwinebrake@winebrakelaw.com
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025

Seth R. Lesser
seth@klafterolsen.com
Fran L. Rudich
fran@klafterolsen.com
Michael Palitz
mpalitz@klafterolsen.com
KLAFTER, OLSEN & LESSER, LLP
Two International Drive, Suite 350
Rye Brook, NY 10573

Susan H. Stern
sstern@shavitzlaw.com
Gregg I. Shavitz
gshavitz@shavitzlaw.com
SHAVITZ LAW GROUP, P.A.
1515 South Federal Highway, Suite 404
Boca Raton, FL 33432

*/s/ Shannon H. Paliotta*
Shannon Huygens Paliotta