IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

----------------------------------------------------------------X
AMANDA STALLARD and TAMIKA STRONG,  :
Individually and on Behalf of All Other Persons : 
Similarly Situated, :
: No. 2:12-cv-01092 (MRH)
Plaintiffs, :
:
-against- :
:
FIFTH THIRD BANK, FIFTH THIRD :
FINANCIAL CORPORATION, and FIFTH :
THIRD BANCORP, :
:
Defendants. :
----------------------------------------------------------------X

## DECLARATION OF SETH R. LESSER

I, SETH R. LESSER, declare under the penalty of perjury and state as follows:

1.  I am admitted to this Court *pro hac vice* and am a partner at Klafter Olsen & Lesser LLP, attorneys for Plaintiffs Amanda Stallard and Tamika Strong and the Opt-ins in the above-captioned case. I submit this Declaration in Support of Plaintiffs' Motion for Conditional Certification Pursuant to 29 U.S.C. § 216(b).

2.  Attached to this Declaration as Exhibit A hereto is a true and accurate copy of the transcript of Sandra Holzgen's deposition taken in this matter on January 31, 2013.

3.  Attached to this Declaration as Exhibit B hereto is a true and accurate copy of the transcript of Lorin Olsen's deposition taken in this matter on January 31, 2013.

4.  Attached to this Declaration as Exhibit C hereto is a true and accurate copy of Defendants' Job Description for Customer Service Managers, bearing bates stamp numbers FTB 008811-12.

5. Attached to this Declaration as Exhibit D hereto is a true and accurate copy of Defendants' Job Posting for Customer Service Managers, bearing bates stamp numbers FTB 0052-53.

6. Attached to this Declaration as Exhibit E hereto is a true and accurate copy of the transcript of Plaintiff Amanda Stallard's deposition taken in this matter on March 12, 2013.

7. Attached to this Declaration as Exhibit F hereto is a true and accurate copy of the transcript of Plaintiff Tamika Strong's deposition taken in this matter on March 13, 2013.

8. Attached to this Declaration as Exhibit G hereto is a true and accurate copy of the Declaration of Opt-in Gladys Daloisio.

9. Attached to this Declaration as Exhibit H hereto is a true and accurate copy of the Declaration of Opt-in Catherine Jarvis.

10. Attached to this Declaration as Exhibit I hereto is a true and accurate copy of the Declaration of Opt-in Stephen Marck.

11. Attached to this Declaration as Exhibit J hereto is a true and accurate copy of the Declaration of Opt-in Casandra McClendon.

12. Attached to this Declaration as Exhibit K hereto is a true and accurate copy of the Declaration of Opt-in Lisa Miller.

13. Attached to this Declaration as Exhibit L hereto is a true and accurate copy of the Declaration of Opt-in Michael Sabuda.

14. Attached to this Declaration as Exhibit M hereto is a true and accurate copy of the Declaration of Opt-in Amber Schultz.

15. Attached to this Declaration as Exhibit N hereto is a true and accurate copy of the Declaration of Opt-in Angela Smith.

16. Attached to this Declaration as Exhibit O hereto is a true and accurate copy of the Declaration of Opt-in Leslie Videki.

17. Attached to this Declaration as Exhibit P hereto is a true and accurate copy of the Declaration of Opt-in Sussy Walden.

18. Attached to this Declaration as Exhibit Q hereto is a true and accurate copy of the Declaration of Opt-in Brian Rickert.

19. Attached to this Declaration as Exhibit R hereto is a true and accurate copy of the Declaration of Opt-in Stephanie Roskoskey.

20. Attached to this Declaration as Exhibit S hereto is a true and accurate copy of the Declaration of Opt-in Cynthia Koehler.

21. Attached to this Declaration as Exhibit T hereto is a true and accurate copy of the Declaration of Opt-in Tonia Berke.

22. Attached to this Declaration as Exhibit U hereto is a true and accurate copy of Defendants' Retail Procedures & Process Guides index, bearing bates stamp numbers FTB 0423-28.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on this 29th day of March, 2013, in Rye Brook, New York.

                                                        s/Seth R. Lesser
                                                         Seth R. Lesser