IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMANDA STALLARD, *et al.* : | |
| : | 2:12-cv-01092-MRH |
| v. : | |
| : | |
| FIFTH THIRD BANK, *et al.* : | |

**ORDER GRANTING PLAINTIFFS'**
**RENEWED MOTION FOR SETTLEMENT NOTICE**

The above-entitled matter came before the Court on Plaintiffs' Renewed Motion for Settlement Notice (Doc. 170) ("Motion") pursuant to the Court's orders of October 21, 2014.

1. Based upon the Court's review of Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion (Doc. 159), the oral argument held on October 21, 2014, the Court's October 21, 2014 orders and all other papers submitted in connection with Plaintiffs' Motion, the Court grants Plaintiffs' Motion.

2. The Court concludes that the settlement, as determined to have been reached as set forth in the Court's October 21, 2014 Order, is within the range of possible settlement approval, such that notice to members of the FLSA collective is appropriate.

3. The Court finds that the settlement is the result of extensive, arm's length negotiations by counsel well-versed in the prosecution of wage and hour collective actions.

4. The assistance of an experienced mediator, John Van Winkle, reinforces that the settlement is non-collusive.

5. The Court approves the proposed Notice of Settlement ("Notice"), agreed-upon by both parties, which is attached as Exhibit A to this Order, and directs its distribution to the members of the FLSA collective.

6. The Notice describes the terms of the settlement, explains the choices faced by members of the FLSA collective as to participating in the settlement or excusing themselves, informs the members of the FLSA collective about the allocation of attorneys' fees and costs and service payments and how to object to the settlement itself or the attorneys' fees and service payments being sought, and provides specific information regarding the date, time, and place of the final approval hearing.

8. The Court hereby approves the settlement procedures agreed upon by the parties and instructs the parties and the Settlement Administrator to effectuate its terms for all actions prior to a final approval hearing which the Court will hold at on the January 22, 2015 2:30 p.m. at the United States Courthouse, Western District of Pennsylvania, 501 Grant St, Pittsburgh, PA 15219.

9. The parties shall abide by all applicable other terms of the settlement.

It is so ORDERED this 17th day of November 2014.

_____
Mark R. Hornak, J.

2