IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------------X
AMANDA STALLARD and TAMIKA STRONG, :
Individually and on Behalf of All Other Persons :
Similarly Situated, :
:  No. 2:12-cv-01092 (MRH)
Plaintiffs, :
:
-against- :
:
FIFTH THIRD BANK, FIFTH THIRD :
FINANCIAL CORPORATION, and FIFTH :
THIRD BANCORP, :
:
Defendants. :
---------------------------------------------------------------------X

**NOTICE OF MOTION FOR FINAL APPROVAL OF COLLECTIVE ACTION SETTLEMENT, FOR AWARD OF ATTORNEYS' FEES AND EXPENSES, FOR APPROVAL OF SERVICE PAYMENTS TO THE NAMED PLAINTIFFS AND FOR PAYMENT OF THE CLAIMS ADMINISTRATOR'S COSTS AND EXPENSES**

**PLEASE TAKE NOTICE** that on February 25, 2015 at 8:30 a.m. before the Honorable Mark R. Hornak, or whomever may be sitting in his stead, at the United States Courthouse, Western District of Pennsylvania, 501 Grant St, Pittsburgh, PA 15219, the undersigned counsel on behalf of the Named and Opt-in Plaintiffs will move this Court, pursuant to 29 U.S.C. § 216(b), for an order and judgment (1) granting approval of their proposed settlement; (2) for an award of attorneys' fees and costs to Plaintiffs' counsel; (3) for the award of a service payment to the Named Plaintiffs and (4) for approval of the settlement claims administrator's costs.  Defendants have agreed to consent to this motion and the relief sought.

1

Plaintiffs will rely on the supporting memorandum and declaration of Seth R. Lesser submitted in support of this motion and all prior proceedings in this action.  A proposed order accompanies this motion.

        Respectfully submitted,

By:    /s/ Seth R. Lesser
Seth R. Lesser
Fran L. Rudich
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, New York 10573
Telephone:  (914) 934-9200

Gregg I. Shavitz
Susan H. Stern
SHAVITZ LAW GROUP, P.A.
1515 South Federal Highway, Suite 404
Boca Raton, Florida 33432
Telephone:  (561) 447-8888

/s/ Mark J. Gottesfeld
Peter Winebrake
Andrew Santillo
Mark Gottesfeld
WINEBRAKE & SANTILLO LLC
715 Twining Road
Dresher, Pennsylvania 19025
Telephone:  (215) 884-2491

*Attorneys for the Named and Opt-in Plaintiffs*